# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO.: 1:19-cv-00813-SDG |
| ) | |
| GWINNETT COUNTY, GEORGIA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

This is to certify that I have on this day served a true and correct copy of the following documents:

1. Defendant Gwinnett County, Georgia's Response to Plaintiffs' First Request for Admissions;

2. Defendant Gwinnett County, Georgia's Response to Plaintiffs' First Interrogatories; and

3. Defendant Gwinnett County, Georgia's Response to Plaintiffs' First Request for Production of Documents.

by placing a copy in the United States Mail, with proper postage affixed thereon to

Page 1

ensure delivery, addressed as follows:

Jeffrey R. Filipovits, Esq.
FILIPOVITS LAW, PC
2900 Chamblee-Tucker Rd., Bldg. 1
Atlanta, GA 30341

Jennifer B. Hickey, Esq.
LAW OFFICE OF JENNIFER HICKEY, LLC
1310 Rockbridge Road, S.W., Ste. G2
Stone Mountain, GA 30087

This 11th day of September, 2020.

            CAROTHERS & MITCHELL, LLC

            */s/ Brian R. Dempsey*
            Richard A. Carothers
            Georgia Bar No. 111075
            richard.carothers@carmitch.com
            Brian R. Dempsey
            Georgia Bar No. 217596
            brian.dempsey@carmitch.com

            Attorneys for Defendant
            Gwinnett County, Georgia

1809 Buford Highway
Buford, GA 30518
(770) 932-3552 (office)
(770) 932-6348 (fax)